Daniel J. Russo
MAAS & RUSSO, LLP
521 Georgia Street
Vallejo, CA 94590
Telephone: 707-644-4004
Email: law@maasrusso.com

Attorney for Defendant
SEAN THOMAS DELAPP

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SEAN THOMAS DELAPP,<br><br>   Defendant. | Case No.:  2:23-cr-00239-DJC<br><br>**ORDER** |

SEALING ORDER

Upon Application of Defendant's counsel, and good cause having been shown,

IT IS HEREBY ORDERED that the psychological report by Marine Jakubowski, Psy.D., in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:  October 22, 2024               /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE

1