1  Daniel J. Russo
   MAAS & RUSSO, LLP
2  521 Georgia Street
   Vallejo, CA 94590
3  Telephone: 707-644-4004
   Email: law@maasrusso.com
4
   Attorney for Defendant
5  SEAN THOMAS DELAPP

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12

13 | UNITED STATES OF AMERICA,        Case No.:  2:23-cr-00239-DJC

14 |    Plaintiff,

15 |    v.                             SEALING ORDER

16 | SEAN THOMAS DELAPP,              **UNDER SEAL**

17 |    Defendant.

18

19     Upon Application of Defendant's counsel, and good cause having been shown,

20     IT IS HEREBY ORDERED that the redacted portions of pages 4-5 of the

21 Sentencing Memorandum filed by Defendant, in the above-captioned matter be, and is

22 hereby ordered, SEALED until further order of this Court.

23

24 Dated: October 24, 2024          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
25                                  UNITED STATES DISTRICT JUDGE

26

27

28

                                         1